O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAWN A. FLETCHER,                  )   Case No. 2:20-cv-09451-JGB-JC
                                    )
                    Petitioner,     )
                                    )
         v.                         )   ORDER ACCEPTING FINDINGS,
                                    )   CONCLUSIONS, AND
M. HOUSTON,                         )   RECOMMENDATIONS OF
                                    )   UNITED STATES MAGISTRATE
                                    )   JUDGE
                    Respondent.     )
_____ )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
Habeas Corpus ("Petition") and accompanying documents, the submissions in
connection with the Motion for Stay and Abeyance ("Stay Motion") and the
Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records
herein, including the June 16, 2021 Report and Recommendation of United States
Magistrate Judge ("Report and Recommendation").  The Court approves and
accepts the Report and Recommendation.

        IT IS HEREBY ORDERED that the Stay Motion is denied, the Motion to
Dismiss is granted and the Petition and this action are dismissed without prejudice.
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2  the Judgment herein on petitioner and counsel for respondent.

3    LET JUDGMENT BE ENTERED ACCORDINGLY.

4

5  DATED: July 30, 2021

6

7

8  HONORABLE JESUS G. BERNAL
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28