O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWN A. FLETCHER, | ) | Case No. 2:20-cv-09451-JGB-JC |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| M. HOUSTON, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

    IT IS SO ADJUDGED.

    DATED: July 30, 2021

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE